# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | SA:22-MJ-00966 |
| | ) | |
| Homero Zamorano Jr. | ) | |

### GOVERNMENT'S MOTION TO UNSEAL CRIMINAL COMPLAINT

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW the United States of America, by and through the undersigned Assistant United States Attorney for the Western District of Texas, and files its Motion to Unseal Complaint on the above referenced Defendant. Defendant has been detained and is in Federal custody.

WHEREFORE, PREMISES CONSIDERED, the Government requests that the Court order the Complaint to be unsealed.

Respectfully submitted,

ASHLEY C. HOFF
United States Attorney

By: _____
Sarah Spears
Assistant United States Attorney
Texas Bar No. 24117197
Sarah.Spears@usdoj.gov
601 N.W. Loop 410, Suite 600
San Antonio, TX 78216
Phone: (210) 384-7150
Fax: (210) 384-7118