UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | SA:22-MJ-00966 |
| | ) | |
| Homero Zamorano Jr. | ) | |

**O R D E R**

On this date came to be heard Government's Motion to Unseal Complaint on the above referenced defendant, and the Court having considered same, it is of the opinion that said motion should be hereby GRANTED.

It is therefore ORDERED that the Complaint shall be unsealed until further Order of the Court.

SIGNED and ENTERED on this the  29  day of June 2022.

ELIZABETH S. CHESTNEY
United States Magistrate Judge