# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | | |
|---|---|---|
| United States of America<br>*Plaintiff* | § § § | |
| vs. | § § | Case Number: SA:22-M -00966(1) |
| (1) Homero Zamorano Jr.<br>*Defendant* | § § | |

## ORDER **RESETTING** PRELIMINARY / DETENTION HEARING

IT IS HEREBY ORDERED that the above entitled and numbered case is set for 10:00 AM, in Courtroom A, on the 2nd Floor of the United States Federal Courthouse, 262 W. Nueva Street, San Antonio, TX on Wednesday, July 06, 2022.

IT IS FURTHER ORDERED that the Clerk of Court shall send a copy of this order to counsel for defendant, the United States Attorney, U.S. Pretrial Services, United States Probation Office, and any surety or custodian, if applicable. Further, counsel for the defendant shall notify the defendant of this setting. If the defendant is on bond, he/she shall be present.

IT IS SO ORDERED this **5th day of July, 2022.**

_____
**ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE**